**No. D-2463. In the Matter of Disbarment of Bruce N. Sachar.**

559 U.S. 1035, 130 S. Ct. 2087, 176 L. Ed. 2d 433, 2010 U.S. LEXIS 2881.

March 29, 2010. Disbarment order entered.

Former order, 558 U.S. 1044, 130 S. Ct. 794, 175 L. Ed. 2d 552, 2009 U.S. LEXIS 8452.